


PH

FILED
3/14/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 10 2016 EAG
3-10-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Centrell Gee

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Tom Dart

16-cv-3061
Judge Amy J. St. Eve
Magistrate Judge Sheila Finnegan
PC6

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Centrell Gee

   B. List all aliases: N/A

   C. Prisoner identification number: 20141123050

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002 Chicago Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Tom Dart

      Title: Head Sheriff

      Place of Employment: Cook County Jail

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Hello my name is centrell Gree a I was housed In Divison 1-A2 from November 24th of 2014 to march of 2015. I was Exposed a unhealthy Extreme's. there where mice Running threw the unit of Divison 1-A2 witch where crawling threw my property eating my food. Running across the Bar's, In the Day and night. there was no hot water, and there was mold in the shower of Divison 1-A2 Some of the window's had holes in them so there was Ice Build up on the Inside of the window. the unit was over crowded. and there was grass Like mold growing from the walls on Divison 1-A2 also In the tunnel and hallways. Also in Divison I-A2 the

4

Revised 9/2007

toliet leaked water so It made It a spot for the mice 2 Drink water an use the Bath Room In my cell. All of these violation are a violation of my constitutional Right's Being In fact my 5th 8th 14th amendment. and Divison 1-A2 was In spected By D.O.J and the fire Department and Labled unsafe and unhealthy, and Did not meet the city codes and comDemn By City Inspecter's only 2 Be opened Back up By tom Dart and nothing has Been fix.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to hold tom Dart responsable for violating my constitutional Rights and that I Be compensated

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  feb  day of  26 , 20 16

Centrell Gee
(Signature of plaintiff or plaintiffs)

Centruth Gee
(Print name)

20141123050
(I.D. Number)

P.O. Box 089002
Chicago IL 60608
(Address)

6

Revised 9/2007



United States Court house
219 S, Dearborn St
Chicago IL 60604

RECEIVED
MAR 10 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Centrell Gee 20141130506
Po Box 089002
Chicago Ill 60608

16-cv-3061
Judge Amy J. St. Eve
Magistrate Judge Sheila Finnegan
PC6